## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| SAEED JACKSON,                ) | CASE NO. 3:12-CV-1209 (SRU) |

SAEED JACKSON,                                    )          CASE NO. 3:12-CV-1209 (SRU)
    Plaintiff                                  )
V.                                                          )
                                                            )
BERTERA SUBARU OF HARTFORD, INC.,   )
JASON NAPOLETANO, JESSICA WILLIAMS  )
and SANTANDER CONSUMER USA, INC.      )
    Defendants                              )
_____)          DECEMBER 26, 2012

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Saeed Jackson,

through his attorney, and the defendants, Bertera Subaru of Hartford, Inc., Jason

Napoletano, Jessica Williams, and Santander Consumer USA, Inc., through their

attorneys, hereby stipulate that the claims of the above-entitled action shall be

dismissed with prejudice, and without costs or attorney's fees.


PLAINTIFF, SAEED JACKSON

By: /s/ Daniel S. Blinn_____
    Daniel S. Blinn, ct02188
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax (860) 571-7457

DEFENDANTS, BERTERA SUBARU OF
HARTFORD, INC., JASON NAPOLETANO,
and JESSICA WILLIAMS

By: /s/ Nicole C. Chomiak   .
        Nicole C. Chomiak, (ct18547)
        Nuzzo & Roberts, LLC
        One Town Center
        P.O. Box 747
        Cheshire, CT 06410
        Tel:  (203) 250-2000
        Fax: (203) 250-3131
        nchomiak@nuzzo-roberts.com


DEFENDANT, SANTANDER CONSUMER
USA, INC.

By: /s/  Michael T. Grant              .
        Michael T. Grant, ct27968
        Michael.Grant@leclairryan.com
        LeClairRyan
        One International Place, Eleventh Floor
        Boston, MA 02110
        Tel:  (617) 502-5728
        Fax: (617) 502-5738


## CERTIFICATION

I hereby certify that on this 26th day of December, 2012, a copy of the foregoing
was filed electronically and served by mail on anyone unable to accept electronic filing.
Notice of this filing will be sent by e-mail to all parties by operation of the Court's
electronic filing system or by mail to anyone unable to accept electronic filing as
indicated on the Notice of Electronic Filing.  Parties may access this filing through the
Court's CM/ECF System.


 /s/ Daniel S. Blinn
Daniel S. Blinn